IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TAKEEM B. AKBAR,    )     | Civil Action No. 7:12-cv-00001 |
|    Plaintiff,    ) | |
|      ) | |
| v.    ) | **ORDER** |
|      ) | |
| DR. MOSES QUINONES, <u>et al.</u>,    ) | By:   Hon. Michael F. Urbanski |
|    Defendants.    ) |        United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1); all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

                                          Entered: February 8, 2012

                                          /s/ Michael F. Urbanski

                                          Michael F. Urbanski
                                          United States District Judge